**Order filed September 27, 2022**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-22-00404-CV**

_____

**DAVID CANALES, JR., INDIVIDUALLY, AND AS NEXT FRIEND OF DAVID ADRIAN CANALES, AND ANGIE MARIE CANALES,** Appellants

**V.**

**EDWARD CURTIS VANDENBERG, Appellee**

**and**

**EDWARD CURTIS VANDENBERG, Appellant**

**V.**

**DAVID CANALES, JR., INDIVIDUALLY, AND AS NEXT FRIEND OF DAVID ADRIAN CANALES, AND ANGIE MARIE CANALES,** Appellees

---

**On Appeal from the 239th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 71132**

---

## ORDER

Two notices of appeal have been filed in this appeal, the first by David

Canales, Jr., individually, and as next friend of David Adrian Canales, and Angie Marie Canales ("Canales") and the second by Edward Curtis Vandenberg ("Vandenberg"). The parties have filed an agreed motion for this court to set a briefing schedule, which is granted.

We order the following:

- Canales' brief as appellants is due **November 7, 2022** with a word limit of 15,000 words;

- Vandenberg's response brief as appellee and Vandenberg's brief as appellant is due **January 10, 2023** with a word limit of 20,000 words with neither portion of the brief to exceed 15,000 words;

- Canales' reply brief as appellants, if any, and Canales' response brief as appellees is due **February 10, 2023** with a word limit of 12,000 words with the reply portion not to exceed 7,000 words; and

- Vandenberg's reply brief as appellant, if any, is due **March 2, 2023** with a word limit of 7,000 words.

PER CURIAM

Panel Consists of Justices Spain, Poissant, and Wilson.